**Lauren F. Blaesing, OSB #113305**
LaurenBlaesing@MarkowitzHerbold.com
**Kelsie G. Crippen, OSB #193454**
KelsieCrippen@MarkowitzHerbold.com
**MARKOWITZ HERBOLD PC**
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085

**John C. Gray** (admitted *pro hac vice*)
John.Gray@wbd-us.com
**Womble Bond Dickinson (US) LLP**
201 East Washington Street, Suite 1200
Phoenix, AZ 85004
Telephone: (602) 262-5311

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

ECOSHIELD PEST SOLUTIONS PORTLAND, LLC,

Plaintiff,

v.

GRIT MARKETING, LLC; ZACHARY SEAGER; and CORBIN HANSEN,

Defendants.

Case No. 3:24-cv-00887-AB

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to FRCP 41(a)(1)(A)(i), Plaintiff EcoShield Pest Solutions Portland, LLC hereby gives notice that the above-captioned action is voluntarily dismissed in its entirety and without prejudice against Defendants Grit Marketing, LLC, Zachary Seager, and Corbin Hansen.

Defendants Grit Marketing, LLC, Zachary Seager, and Corbin Hansen have not filed an answer or motion for summary judgment in this action.

DATED: September 30, 2025

WOMBLE BOND DICKINSON (US) LLP

John C. Gray (admitted *pro hac vice*)
John.Gray@wbd-us.com

MARKOWITZ HERBOLD PC
Lauren F. Blaesing, OSB #113305
LaurenBlaesing@MarkowitzHerbold.com
Kelsie G. Crippen, OSB #193454
KelsieCrippen@MarkowitzHerbold.com

*Attorneys for Plaintiff*